DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 201PA12-2 | Margaret Dickson, et al. v. Robert Rucho, et al. | 1. Plts' Motion for Recusal of Justice Paul Newby | 1. Dismissed |
|---|---|---|---|
| | | 2. N.C. Law Professors' Motion for Leave to File Amicus Brief | 2. Allowed |
| | | 3. N.C. Legislative Black Caucus' Motion for Leave to File Amicus Brief | 3. Allowed |
| | | 4. Motion for Admission of Terry Smith *Pro Hac Vice* | 4. Dismissed as Moot |
| | | 5. Motion for Admission of Kareem U. Crayton *Pro Hac Vice* | 5. Allowed |
| | | 6. David Lambeth's Motion for Leave to File Amicus Brief | 6. Denied |
| | | 7. Election Law Professors' Motion for Leave to File Amicus Brief | 7. Allowed |
| | | 8. Motion for Admission of Michelle R. Singer *Pro Hac Vice* | 8. Allowed |
| | | 9. Motion for Admission of Leah J. Tulin *Pro Hac Vice* | 9. Allowed |
| | | 10. Motion for Admission of Paul M. Smith *Pro Hac Vice* | 10. Allowed |
| | | 11. Motion for Admission of Jessica Ring Amunson *Pro Hac Vice* | 11. Allowed |
| | | 12. Corrected Motion for Admission of Terry Smith *Pro Hac Vice* | 12. Allowed |
| 221P13 | Jeffrey Higginbotham v. Thomas A. D'Amico, M.D. and Duke University Health System, Inc. | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA12-1099) | 1. Denied |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 227P13 | State v. Julie Ann Noble | Def's PDR Under N.C.G.S. § 7A-31 (COA12-734) | Denied |